Attachment A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
APR 2 1 2025
U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

Carl Nelson II
(AC) No.)
*Your full name*

**STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983**

5:25 cv 89

v.

Civil Action No.: 5:25-cv-77
*(To be assigned by the Clerk of Court)*

Bailey/Mazzone/Prince

Beckeley County Prosecuting
attorney's office, et al.

*Enter above the full name of defendant(s) in this action*

## I.   JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.   Your Name: Carl Nelson II
         Inmate No.: 3436180
         Address: 112 NRJC Dr. Moundsville, WV 26041

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.   Name of Defendant: Beckeley County Prosecuting office

Attachment A

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: _AS PROSECUTING ATTORNEY — see original complaint_
_NOT PRISON RELATED_

B.1  Name of Defendant: _Berkeley County Prosecuting Office_
Position: _Prosecuting Attorneys_
Place of Employment: _State of West Virginia_
Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: _Prosecutor_
_FIC STATE_
_NOT PRISON RELATED_

B.2  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.3   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.4   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____

Attachment A

_____
_____

B.5  Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes    ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: _Northern Correctional Facility_

  A.  Is this where the events concerning your complaint took place?
      ☐ Yes    ☒ No

      If you answered "NO," where did the events occur?
      _Berkeley County prosecuter's office_

  B.  Is there a prisoner grievance procedure in the institution where the events occurred?   ~~☐ Yes~~   ☐ No  _Not Applicable_

  C.  Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☐ Yes   ☒ No
      _Not Applicable_

  D.  If your answer is "NO," explain why not _____

_____

_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _NOT APPLICABLE_

LEVEL 2 _NOT APP_____

LEVEL 3 _NOT prison Related_

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

   1. Parties to this previous lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

   2. Court:_____
      *(If federal court, name the district; if state court, name the county)*

   3. Case Number:_____

   4. Basic Claim Made/Issues Raised: _____
   _____

   5. Name of Judge(s) to whom case was assigned: _____

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?  ☐ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____

E. Did you exhaust available administrative remedies?  ☐ Yes   ☒ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.  Not prison related
_____

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:

   _____

   _____

3. Grounds for dismissal:   ☐ frivolous    ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

**Attachment A**

CLAIM 2: _____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

CLAIM 3: _____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

CLAIM 4: _____
_____
_____

Supporting Facts:_____
_____
_____
_____
_____

CLAIM 5: _____
_____
_____

Supporting Facts:_____
_____
_____
_____
_____

VI.   **INJURY**

**Attachment A**

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

*Violations of due process as provided by Rule 26.2, F.3 of the W.Va. Rules of Criminal Procedure*

VII. **RELIEF**

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

*Seeking Declaratory Judgment as Detailed in initial complaint filed*

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at *N.C.F., Moundsville* on *4/14/25*.
(Location)                                         (Date)

Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Carl N._

---
Your full name

v.     Civil Action No.: _5:25 cv 72_

_Berkeley County Prosecutors Office, et al_

---
Enter above the full name of defendant(s) in this action

## Certificate of Service

I, _Carl N_ (your name here), appearing _pro se_, hereby certify that I have served the foregoing _1983 Complaint_ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _4/14/25_ (insert date here):

(List name and address of counsel for defendant(s))

X_Carl N_
(sign your name)